ALBERT BROWN, Respondent, *v.* MANSHUL REALTY CORPORATION, Appellant.

Submitted October 4, 1948; decided October 14, 1948.

*Herman B. Gerringer* and *William L. Standard* for motion.
*Samuel E. Swiggett* opposed.

Motion denied, with $10 costs.